IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ALISSON FERREIRA PEREIRA,

Petitioner,

v.

Civil Action No. 2:26-cv-695

PAUL PERRY, *et al.*,

Respondents.

**FINAL ORDER**

This matter is before the Court on the *pro se* 28 U.S.C. § 2241 petition of Alisson Ferreira Pereira ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, seeking immediate release from immigration detention or a constitutionally adequate bond hearing. Dkt. No. 1, at 1, 3. Petitioner subsequently filed a motion to withdraw his petition, Dkt. No. 10, stating that he wishes to be removed to his home country of Brazil following the entry of an order of removal by an immigration judge. *Id.* The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 8.

On September 1, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court grant Petitioner's motion to withdraw his petition, terminate Respondents' motion to dismiss set out in its opposition to the petition, and dismiss the petition for a writ of habeas corpus without prejudice. Dkt. No. 11. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 4–5, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and

recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that Petitioner's motion to withdraw the petition, Dkt. No. 10, is **GRANTED** and the petition for a writ of habeas corpus, Dkt. No. 1, is **DISMISSED WITHOUT PREJUDICE**. It is **FURTHER ORDERED** that Respondents' motion to dismiss set out in its opposition to the petition for a writ of habeas corpus, Dkt. No. 6, is **TERMINATED AS MOOT**. The portion of the Court's interlocutory order, Dkt. No. 4, directing that the Petitioner not be removed or transferred from this district without the Court's permission is **VACATED**.

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: September 25, 2026